IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JIMMY DAVIS, #51030                                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 4:09-cv-179-TSL-LRA

JOYCE GHRAM and WARDEN DALE CASKEY                           DEFENDANTS

## **FINAL JUDGMENT**

This cause is before the court, <u>sua</u> <u>sponte</u>, for consideration of dismissal. Pursuant to the order of dismissal issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 15th day of January, 2010.


                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE